UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BEACHWALK BY THE SEA
CONDOMINIUM ASSOCIATION,
INC.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.:  2:25-cv-101-SPC-NPM

HARTFORD INSURANCE
COMPANY OF THE MIDWEST,

    Defendant.
_____/

# OPINION AND ORDER

Before the Court is the parties' Joint Motion to Consolidate Cases. (Doc. 20). The parties seek to consolidate this case with the case captioned *Beachwalk By The Sea Condominium Association, Inc. v. Hartford Insurance Company of the Midwest*, case number 2:25-cv-102-SPC-NPM. Both cases allege breach of an insurance policy arising from property damages sustained during Hurricane Ian. The insured properties at issue are also located next to one another. (Doc. 20 at 2). In short, both cases involve the same parties and common questions of law and fact. Accordingly, the Court finds consolidation is appropriate under Federal Rule of Civil Procedure 42(a)(2) and Local Rule 1.07(b). The Court thus exercises its discretion to consolidate the cases for all purposes, including trial.

Accordingly, it is now

**ORDERED:**

1. This parties' Joint Motion to Consolidate (Doc. 20) is **GRANTED**.

2. The Clerk is **DIRECTED** to **CONSOLIDATE** this case, 2:25-cv-101-SPC-NPM, and 2:25-cv-102-SPC-NPM.

3. The Court designates this case, 2:25-cv-101-SPC-NPM, as the lead case. All subsequent filings must be made in the lead case.

4. Unless either party moves for an extension, the lead case's (No. 2:25-cv-101-SPC-NPM) Case Management and Scheduling Order (Doc. 12) will govern.

5. The Clerk is **DIRECTED** to docket notice of this Order in 2:25-cv-102-SPC-NPM. The Clerk is further **DIRECTED** to deny any pending motions as moot in that case, terminate any deadlines in that case, and administratively close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on October 14, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record